FILED
December 5, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:05-mj-346 KJM
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
Gilbert Gasice, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Gilbert Gasice  Case No. 2:05-mj-346 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on December 5, 2005 at 2:10 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge